# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | Master Docket No.: 2:18-mn-2873-RMG **This document relates to:** See Exhibit A Attached Hereto |

## STIPULATION OF DISMISSAL OF BASF CORPORATION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs in the actions identified in Exhibit A attached hereto and Defendant BASF Corporation ("BASF") hereby stipulate and agree to a dismissal with prejudice of all Plaintiffs' Claims pending against BASF and any other Released Parties[1] in the actions identified in Exhibit A pursuant to Plaintiffs' decision to participate in the Settlement Agreement between Public Water Systems and BASF dated May 20, 2024 (the "Settlement Agreement"), which received final approval on November 22, 2024, from the Court overseeing *In re Aqueous Film-Forming Foams Products Liability Litigation*, MDL No. 2:18-mn-2873 (D.S.C.). The Released Parties in this action are BASF Corporation.

Each party shall bear its own costs.

---

[1] Unless otherwise indicated, all capitalized terms in this motion have the meaning given to them in the Settlement Agreement.

1

Dated: April 29, 2025                                   Respectfully submitted,

*/s/ Andrew Croner*                                     */s/ Matt Holian*
Andrew Croner                                           Matt Holian
NAPOLI SHKOLNIK, PLLC                                   DLA Piper LLP (US)
360 Lexington Avenue, 11th Fl.                          33 Arch Street, 26th Floor
New York, New York 10017                                Boston, Massachusetts 02110-1447
(212) 397-1000                                          (617) 406-6009
acroner@napolilaw.com                                   matt.holian@us.dlapiper.com

*Counsel for Plaintiffs Listed on Exhibit A*            *Counsel for Defendant BASF Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

> */s/ Matt Holian*
> Matt Holian
> DLA Piper LLP (US)
> 33 Arch Street, 26th Floor
> Boston, Massachusetts 02110-1447
> (617) 406-6009
> matt.holian@us.dlapiper.com